MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant*
*The Boiling Crab Vegas, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOILING CRAB VEGAS, LLC,<br><br>Defendant. | Case No.: 2:20-cv-01867-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiffs Joseph McDougall and Austin Wallace and Defendant The Boiling Crab Vegas, LLC, by and through their undersigned counsel, hereby stipulate and agree that the date to file defendant's responsive pleading shall be extended from November 5 through November 30, 2020. This is Defendant's first request for an extension of time. The reason Defendant is requesting additional time is that counsel was recently retained and is waiting for information

///

///

///

from the client in order to represent the client. The extension should allow counsel sufficient time to acquire the information needed.

Dated this 4th day of November, 2020.

| SAGEBRUSH LAWYERS | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ Trent L. Richards<br>Trent L. Richards (SBN 11448)<br>Christopher W. Carson (SBN 9523)<br>112 South Water Street<br>Suite 104<br>Henderson, NV 89015<br>Tel 702-800-7634<br>Fax 702-800-7635<br>trichards@sagebrushlawyers.com<br>ccarson@sagebrushlawyers.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

### ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: November 5, 2020