MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV  89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant*
*The Boiling Crab Vegas, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOILING CRAB VEGAS, LLC,<br><br>Defendant. | Case No.: **2:20-cv-01867-RFB-NJK**<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO CERTIFY CLASS FOR COLLECTIVE ACTION**<br><br>**[FIRST REQUEST]** |

Plaintiffs Joseph McDougall and Austin Wallace and Defendant The Boiling Crab Vegas, LLC, by and through their undersigned counsel, hereby stipulate and agree that the date to file Defendant's response and opposition to Plaintiffs' Motion to Certify Class for Collective Action shall be extended from April 9 through April 16, 2021.  This is Defendant's first request for an extension of time.  Defendant is requesting this one-week extension because Defendant's counsel has to file another document in another federal court matter on April 9, 2021.  This request is not

/ / /

/ / /

/ / /

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

1    made for the purpose of delay.

2            Dated this 6th day of April, 2021.

3    ROGERS, PATRICK, WESTBROOK          HEJMANOWSKI & McCREA LLC
     & BRICKMAN, LLC
4

5

6    By:____/s/ T. Christopher Tuck_____    By:____/s/ Malani L. Kotchka_____
     T. Christopher Tuck                      Malani Kotchka (SBN 0283)
7    1037 Chuck Dawley Blvd.                  520 South Fourth Street, Suite 320
     Building A                               Las Vegas, NV  89101
8    Mount Pleasant, South Carolina  29464    Tel 702-834-8777
     Tel 843-727-6500                         Fax 702-834-5262
9    Fax 843-216-6509                         mlk@hmlawlv.com
     ctuck@rpwb.com
10
     Attorneys for Plaintiffs                 Attorneys for Defendant
11

12

13                              **ORDER**

14

15                          **IT IS SO ORDERED.**

16

17

18

19        **RICHARD E. BOULWARE, II**

20        **United States District Court**

21        DATED this 7th day of April, 2021.

22

23

24

25

26

27

28

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777