CHRISTOPER W. CARSON, ESQ.
Nevada Bar No. 9523
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**SAGEBRUSH LAWYERS**
112 S. Water Street, Suite 104
Henderson, Nevada 89015
Phone: (702) 800-7634
Fax: (702) 800-7635
Email: ccarson@sagebrushlawyers.com
        trichards@sagebrushlawyers.com

*Admitted Pro Hac Vice*
T. CHRISTOPHER TUCK, ESQ.
ROBERT S. WOOD, ESQ.
D. CHARLES DUKES, II, ESQ.
T.A.C. HARGROVE, II, ESQ.
**ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC**
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, South Carolina 29464
Phone: (843) 727-6500
Fax: (843) 216-6509
Email: ctuck@rpwb.com
        bwood@rpwb.com
        cdukes@rpwb.com
        thargrove@rpwb.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals, | CASE NO.:  2:20-cv-01867-RFB-NJK |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO CERTIFY CLASS FOR COLLECTIVE ACTION** |
| v. | |
| THE BOILING CRAB VEGAS, LLC, | **[FIRST REQUEST FOR PLAINTIFFS]** |
| Defendant. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs Joseph McDougall and Austin Wallace and Defendant The Boiling Crab Vegas, LLC, by and through their undersigned counsel, hereby stipulate and agree that the date to file Plaintiffs' Reply in Support of their Motion to Certify Class for Collective Action shall be extended from April 23 to April 30, 2021.  This is Plaintiffs' first request for an extension of time.  Plaintiff is requesting this one-week extension because the reply briefing timeframe, based upon the amended deadline for Defendant's opposition brief (Dkt. 34), conflicts with significant travel for Plaintiffs' counsel.  This request is not made for the purpose of delay.

Dated this 15th day of April, 2021.

ROGERS, PATRICK, WESTBROOK
& BRICKMAN, LLC

HEJMANOWSKI & McCREA LLC

By:____/s/  T. Christopher Tuck_____
T. Christopher Tuck
1037 Chuck Dawley Blvd.
Building A
Mount Pleasant, South Carolina 29464
Tel 843-727-6500
Fax 843-216-6509
ctuck@rpwb.com

By:____/s/  Malani L. Kotchka_____
Malani Kotchka (SBN 0283)
520 South Fourth Street, Suite 320
Las Vegas, NV  89101
Tel 702-834-8777
Fax 702-834-5262
mlk@hmlawlv.com

Attorneys for Plaintiffs

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

**RICHARD F. BOULWARE, II**
**United States District Court**
DATED this 15th day of April, 2021.

2