# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MCDOUGALL, et al.,<br>　　Plaintiff(s),<br>v.<br>THE BOILING CRAB VEGAS, LLC,<br>　　Defendant(s). | Case No. 2:20-cv-01867-RFB-NJK<br>**Order**<br>[Docket No. 39] |

Pending before the Court is a notice of expert disclosure. Docket No. 39. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

　IT IS SO ORDERED.

　Dated: July 16, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1