MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOILING CRAB VEGAS, LLC,<br><br>Defendant. | Case No.: 2:20-cv-01867-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO CERTIFY CLASS UNDER RULE 23 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>**[SECOND REQUEST]** |

Plaintiffs Joseph McDougall and Austin Wallace and Defendant The Boiling Crab Vegas, LLC, by and through their undersigned counsel, hereby stipulate and agree that the date to file Defendant's response and opposition to Plaintiffs' Motion to Certify Class Under Rule 23 of the Federal Rules of Civil Procedure shall be extended from October 4, 2021 through October 5, 2021. This is Defendant's second request for an extension of time. Defendant is requesting this one day extension because Defendant's counsel's mother has passed away and counsel is

involved in planning a memorial service. This request is not made for the purpose of delay.

Dated this 4th day of October, 2021.

| ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ T. Christopher Tuck<br>T. Christopher Tuck<br>1037 Chuck Dawley Blvd.<br>Building A<br>Mount Pleasant, South Carolina 29464<br>Tel 843-727-6500<br>Fax 843-216-6509<br>ctuck@rpwb.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

### ORDER

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 5th day of October, 2021.

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
(702) 834-8777