MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOILING CRAB VEGAS, LLC,<br><br>Defendant. | Case No.: 2:20-cv-01867-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Plaintiffs Joseph McDougall and Austin Wallace and Defendant The Boiling Crab Vegas, LLC, by and through their undersigned counsel, hereby stipulate and agree that the date to file Defendant's reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment shall be extended from October 14 through October 15, 2021. This is Defendant's first request for an extension of time. Defendant is requesting this one-day extension because Defendant's

///

///

///

counsel's husband had surgery on October 13, 2021. This request is not made for the purpose of delay.

Dated this 14th day of October, 2021.

| ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ T. Christopher Tuck<br>T. Christopher Tuck<br>1037 Chuck Dawley Blvd.<br>Building A<br>Mount Pleasant, South Carolina  29464<br>Tel 843-727-6500<br>Fax 843-216-6509<br>ctuck@rpwb.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV  89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 16th day of October, 2021.