**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals<br><br>Plaintiff(s),<br><br>v.<br><br>THE BOILING CRAB VEGAS, LLC,<br><br>Defendant(s). | Case No. 2:20-cv-01867-RFB-NJK<br><br>**ORDER for**<br>**OPT -In Phase** |

The Court adopts the Plaintiffs' Notice and Consent to Join form for use in this case. (ECF No. 64 -1 and 64-2.)

The Court Orders the following timeline:

February 25: Defendant to produce names and addresses of potential opt-ins employed between March 23, 2018 and October 26, 2020. This precise date has already been agreed to by Defendant.

March 2, 2022: Discovery restarts.

March 15, 2022: Plaintiffs mail notice to potential opt-ins.

April 29, 2022: Plaintiffs mail reminder postcard (45 days after initial notice). Defendant disputes whether a postcard reminder should be mailed.

May 29, 2022: Deadline for members of the collective to opt-in to the litigation. (75 days after the notice period begins). A postmark at this deadline constitutes a valid opt-in as instructed in the proposed notice.

June 13, 2022: Deadline for all remaining discovery.

June 28, 2022: Deadline for the filing of any remaining motions, including any motion for decertification of the collective.

DATED: March 1, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**