MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOILING CRAB VEGAS, LLC,<br><br>Defendant. | Case No.: 2:20-cv-01867-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY AND FILING OF MOTIONS**<br><br>**(First Request)** |

Plaintiffs Joseph McDougall and Austin Wallace and Defendant The Boiling Crab Vegas, LLC, by and through their undersigned counsel, hereby stipulate and agree that the June 13, 2022 deadline for all remaining discovery be extended from June 13, 2022 to June 30, 2022, so that Defendant may take the depositions of Welina Tong, Paula Anguiano and Ashley Yambao. If these three consents do not appear for their depositions by June 30, 2022, Plaintiffs agree to withdraw the consents of any of the three deponents who do not appear for their depositions by this date.

The parties also agree that the deadline for the filing of any remaining motions, including any motions for decertification of the collective, shall be extended from June 28, 2022 to August

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

15, 2022. The reason for the extension is so that the parties may receive transcripts of the deposed consents prior to filing motions. This request is not made for the purpose of delay.

Dated this 7th day of June, 2022.

| ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ T. Christopher Tuck<br>T. Christopher Tuck<br>1037 Chuck Dawley Blvd.<br>Building A<br>Mount Pleasant, South Carolina 29464<br>Tel 843-727-6500<br>Fax 843-216-6509<br>ctuck@rpwb.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

## ORDER

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: June 9, 2022