CHRISTOPER W. CARSON, ESQ.
Nevada Bar No. 9523
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**SAGEBRUSH LAWYERS**
112 S. Water Street, Suite 104
Henderson, Nevada 89015
Phone: (702) 800-7634
Fax: (702) 800-7635
Email: ccarson@sagebrushlawyers.com
trichards@sagebrushlawyers.com

*Admitted Pro Hac Vice*
T. CHRISTOPHER TUCK, ESQ.
ROBERT S. WOOD, ESQ.
D. CHARLES DUKES, II, ESQ.
T.A.C. HARGROVE, II, ESQ.
**ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC**
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, South Carolina 29464
Phone: (843) 727-6500
Fax: (843) 216-6509
Email: ctuck@rpwb.com
bwood@rpwb.com
cdukes@rpwb.com
thargrove@rpwb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOILING CRAB VEGAS, LLC,<br><br>Defendant. | CASE NO.: 2:20-cv-01867-RFB-NJK<br><br>**STIPULATION AND ORDER REGARDING PAULA ANGUIANO** |

Plaintiffs Joseph McDougall and Austin Wallace and Defendant The Boiling Crab Vegas, LLC, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of opt-in Paula Anguiano for the failure to cooperate in discovery as previously stipulated (Dkt.85). Her consent to participate in this lawsuit is hereby withdrawn and she is no longer a participant in this lawsuit.

It is further agreed that the parties are still meeting and conferring on remaining discovery issues in this action and such discussions will continue through July 8, 2022. The parties will update the Court as necessary on these items.

Dated this 1st day of July, 2022.

| | |
|---|---|
| ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC | HEJMANOWSKI & McCREA LLC |
| By: /s/ T. Christopher Tuck<br>T. Christopher Tuck<br>1037 Chuck Dawley Blvd.<br>Building A<br>Mount Pleasant, South Carolina 29464<br>Tel 843-727-6500<br>Fax 843-216-6509<br>ctuck@rpwb.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

Dated: July 6, 2022.