MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOILING CRAB VEGAS, LLC,<br><br>Defendant. | Case No.: 2:20-cv-01867-RFB-NJK<br><br>**STIPULATION AND ORDER REGARDING DAMAGES CALCULATIONS AND MOTIONS DEADLINE**<br><br>**[FIRST REQUEST]** |

      Plaintiffs Joseph McDougall and Austin Wallace and Defendant The Boiling Crab Vegas, LLC, by and through their undersigned counsel, hereby stipulate and agree that Plaintiffs shall have through September 30, 2022 to submit evidence of its damages calculations to Defendant.

///

///

///

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

Page 1 of 2

The parties shall then have through October 31, 2022 to file all motions. This request is being made in light of the addition of opt-in Plaintiffs who entered the case as of May 27, 2022 and is the first request for an extension to calculate damages. Defendant finished the opt-in depositions on June 30, 2022 and is waiting for two transcripts.

Dated this 11th day of July, 2022.

| ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ T. Christopher Tuck<br>T. Christopher Tuck<br>1037 Chuck Dawley Blvd.<br>Building A<br>Mount Pleasant, South Carolina 29464<br>Tel 843-727-6500<br>Fax 843-216-6509<br>ctuck@rpwb.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

### ORDER

IT IS SO ORDERED.

Richard F. Boulware, II
United States District Judge

Dated: July 11, 2022.