CHRISTOPER W. CARSON, ESQ.
Nevada Bar No. 9523
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**SAGEBRUSH LAWYERS**
112 S. Water Street, Suite 104
Henderson, Nevada 89015
Phone: (702) 800-7634
Fax: (702) 800-7635
Email: ccarson@sagebrushlawyers.com
         trichards@sagebrushlawyers.com

*Admitted Pro Hac Vice*
T. CHRISTOPHER TUCK, ESQ.
ROBERT S. WOOD, ESQ.
D. CHARLES DUKES, II, ESQ.
T.A.C. HARGROVE, II, ESQ.
**ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC**
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, South Carolina 29464
Phone: (843) 727-6500
Fax: (843) 216-6509
Email: ctuck@rpwb.com
         bwood@rpwb.com
         cdukes@rpwb.com
         thargrove@rpwb.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals,<br><br>                              Plaintiffs,<br><br>   v.<br><br>THE BOILING CRAB VEGAS, LLC,<br><br>                              Defendant. | CASE NO.:  2:20-cv-01867-RFB-NJK<br><br>**STIPULATION AND ORDER TO REFER TO MEDIATION** |

Plaintiffs Joseph McDougall and Austin Wallace and Defendant The Boiling Crab Vegas, LLC, by and through their undersigned counsel, hereby stipulate and agree to refer this action to mediation before Magistrate Judge Elayna J. Youchah. The Magistrate does not have any mediation dates available until January 2024. Accordingly, the parties further stipulate and agree to file a Joint Pretrial Order no later than March 15, 2024 in the event mediation does not result in a full and final disposition of the claims. This request is not made for the purpose of delay.

Dated this 24th day of October, 2023.

| ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ T. Christopher Tuck<br>T. Christopher Tuck<br>1037 Chuck Dawley Blvd.<br>Building A<br>Mount Pleasant, South Carolina 29464<br>Tel 843-727-6500<br>Fax 843-216-6509<br>ctuck@rpwb.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

**ORDER**

DATED: October 25, 2023

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE