UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MCDOUGALL, et al., | Case No.: 2:20-cv-01867-APG-NJK |
| Plaintiffs | **Order for Status Report** |
| v. | |
| THE BOILING CRAB VEGAS, LLC, | |
| Defendant | |

Prior to recusing from this matter, Judge Boulware granted the plaintiffs' unopposed motion for approval of a Fair Labor Standards Act settlement. ECF No. 119. The parties presumably have been effectuating that settlement, but they have provided no updates since March 2025.

I THEREFORE ORDER that by September 29, 2025, the parties must file a status report regarding the progress of the settlement procedures and finalizing the disposition of this case.

DATED this 14th day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE