CHRISTOPER W. CARSON, ESQ.
Nevada Bar No. 9523
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**SAGEBRUSH LAWYERS**
112 S. Water Street, Suite 104
Henderson, Nevada 89015
Phone: (702) 800-7634
Fax: (702) 800-7635
Email: ccarson@sagebrushlawyers.com
         trichards@sagebrushlawyers.com

*Admitted Pro Hac Vice*
T. CHRISTOPHER TUCK, ESQ.
ROBERT S. WOOD, ESQ.
D. CHARLES DUKES, II, ESQ.
T.A.C. HARGROVE, II, ESQ.
**ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC**
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, South Carolina 29464
Phone: (843) 727-6500
Fax: (843) 216-6509
Email: ctuck@rpwb.com
         bwood@rpwb.com
         cdukes@rpwb.com
         thargrove@rpwb.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals, | CASE NO.: 2:20-cv-01867-APG-NJK |
| Plaintiffs, | **STATUS REPORT AND STIPULATION REGARDING SETTLEMENT** |
| v. | |
| THE BOILING CRAB VEGAS, LLC, | |
| Defendant. | |

Plaintiffs Joseph McDougall and Austin Wallace and Defendant The Boiling Crab Vegas, LLC, by and through their undersigned counsel, hereby state that the settlement terms have been effectuated and that distribution of payments to opt-ins and the payment of fees and costs to counsel have occurred. The parties stipulate and agree that this action will be ready for dismissal following a brief interim period to coordinate and resolve any residual issues that may arise with the claims process. Accordingly, the parties stipulate and agree to file a Joint Stiplulation for Dismissal With Prejudice no later than October 15, 2025.

Dated this 29th day of September, 2025.

| ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC | MALANI L. KOTCHKA LLC |
|---|---|
| By:  /s/  T. Christopher Tuck<br>T. Christopher Tuck<br>1037 Chuck Dawley Blvd.<br>Building A<br>Mount Pleasant, South Carolina 29464<br>Tel 843-727-6500<br>Fax 843-216-6509<br>ctuck@rpwb.com | By:  /s/  Malani Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV  89101<br>Tel 702-834-7445<br>Fax 702-203-2413<br>mlk@malanikotchkallc.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
Andrew P. Gordon
Chief United States District Judge

Dated: September 30, 2025