1  CHRISTOPER W. CARSON, ESQ.
   Nevada Bar No. 9523
2  TRENT L. RICHARDS, ESQ.
   Nevada Bar No. 11448
3  **SAGEBRUSH LAWYERS**
4  112 S. Water Street, Suite 104
   Henderson, Nevada 89015
5  Phone: (702) 800-7634
   Fax: (702) 800-7635
6  Email: ccarson@sagebrushlawyers.com
7          trichards@sagebrushlawyers.com

8  *Admitted Pro Hac Vice*
   T. CHRISTOPHER TUCK, ESQ.
9  ROBERT S. WOOD, ESQ.
   D. CHARLES DUKES, II, ESQ.
10 T.A.C. HARGROVE, II, ESQ.
11 **ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC**
   1037 Chuck Dawley Blvd., Bldg. A
12 Mount Pleasant, South Carolina 29464
   Phone: (843) 727-6500
13 Fax: (843) 216-6509
14 Email: ctuck@rpwb.com
           bwood@rpwb.com
15         cdukes@rpwb.com
           thargrove@rpwb.com
16

17 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH McDOUGALL and AUSTIN WALLACE, individually and on behalf of all similarly situated individuals, | CASE NO.: 2:20-cv-01867-APG-NJK |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| THE BOILING CRAB VEGAS, LLC, | |
| Defendant. | |

Plaintiffs Joseph McDougall and Austin Wallace and Defendant The Boiling Crab Vegas, LLC, by and through their undersigned counsel, and following the implemented settlement between the parties, hereby stipulate to the dismissal of this action with prejudice.

Dated this 15th day of October, 2025.

| ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC | MALANI L. KOTCHKA LLC |
|---|---|
| By: /s/ T. Christopher Tuck<br>T. Christopher Tuck<br>1037 Chuck Dawley Blvd.<br>Building A<br>Mount Pleasant, South Carolina 29464<br>Tel 843-727-6500<br>Fax 843-216-6509<br>ctuck@rpwb.com | By: /s/ Malani Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-7445<br>Fax 702-203-2413<br>mlk@malanikotchkallc.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |

**ORDER**

**IT IS SO ORDERED.**

Andrew P. Gordon
Chief United States District Judge

Dated: October 16, 2025